IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **Wine Not International, Inc.**, an Ontario corporation,<br><br>       Plaintiff,<br>v.<br><br>**2atec, LLC, dba Aspirations Winery**, a Florida corporation, **Robert French**, and **Aspirations Winery, LLC**, a Florida corporation,<br><br>       Defendants. | Case No. 8:06cv00117-T23TGW |

## STIPULATION FOR DISMISSAL

Plaintiff Wine Not International, Inc., and defendants 2atec, LLC, dba Aspirations Winery, Robert French, and Aspirations Winery, LLC, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a) that all remaining claims in this action against defendants may be dismissed with prejudice. The parties stipulate that each party shall bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: November 30, 2006

Digitally signed by Christian C. Burden

Christian C. Burden, Trial Counsel
Florida Bar No. 0065129
christian.burden@dlapiper.com
DLA PIPER RUDNICK GRAY CARY
101 East Kennedy Boulevard
Suite 2000
Tampa, FL 33602-5149
Telephone: (813) 222-5906
Facsimile: (813) 229-1447

Kerry L. Bundy (MN #266917)
Jacob R. Kraus (MN #0346597)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**ATTORNEYS FOR PLAINTIFF WINE NOT INTERNATIONAL, INC.**

Dated: November 14, 2006

Edward M. Brennan, Trial Counsel
Florida Bar No. 857246
ebrennan@edbrennanlaw.com
505 East Jackson Street
Suite 305
Tampa, FL 33602
Telephone: (813) 224-9141
Facsimile: (813) 224-9147

**ATTORNEY FOR DEFENDANTS**