UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WINE NOT INTERNATIONAL, INC.,

    Plaintiff,

v.                                    CASE NO: 8:06-cv-117-T-23TGW

2ATEC LLC, et al.,

    Defendants.
_____/

## **ORDER**

The parties' joint stipulation of dismissal with prejudice (Doc. 36) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure and Local Rule 4.15, this case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on December 7, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
         Courtroom Deputy